**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICARDO ALFREDO PEREZ FLORES,

                Plaintiff,                  21 **CIVIL** 8109 (RWL)

    -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 8, 2022, the Court finds no error in the ALJ's determination, which is supported by substantial evidence. The Court has considered Flores's arguments and finds them to be without merit. Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), Flores's motion is DENIED and the Commissioner's motion is GRANTED. Judgment is entered in favor the Commissioner; accordingly, the case is closed.

**Dated:** New York, New York
          December 8, 2022

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                            **BY:**    *K. Mango*

                                                      **Deputy Clerk**